Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRALIEN DOUCEUR, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>MONARCH RECOVERY MANAGEMENT, INC.; FIRST PORTFOLIO VENTURES I, LLC,<br><br>Defendant(s). | Civil Case: 2:21-cv-01145-SDW-LDW<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendant, in the above captioned matter, **with prejudice** and dismiss the claims on behalf of the putative class without prejudice.

*s/ Ben A. Kaplan*
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff
Dated: July 23, 2021

*s/ Mitchell L. Williamson*
Mitchell L. Williamson, Esq.
Barron & Newburger, P.C.
458 Elizabeth Ave - Suite 5371
Somerset, NJ 08873
Telephone (732) 328-9480
Mwilliamson@bn-Lawyers.Com
Attorneys for Defendant
FIRST PORTFOLIO VENTURES I, LLC.
Dated: July 23, 2021

SO ORDERED.

*[signature]*

Hon. Susan D. Wigenton
United States District Judge
Dated: July 26, 2021

*s/ Ronald Michael Metcho, III*
Ronald Michael Metcho, III, Esq.
Margolis Edelstein
220 Penn Avenue Suite 305
Scranton, PA 18503
Telephone 570) 257-6510
Rmetcho@margolisedelstein.Com
Attorneys for Defendant
Monarch Recovery Management, Inc.
Dated: July 23, 2021